ERIC GRANT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER (661) ███, BEARING IMSI 310280086339100, THAT IS STORED AT PREMISES CONTROLLED BY AT&T | CASE NO.  5:25-sw-00052-CDB<br><br>SEALING ORDER |

## **S E A L I N G   O R D E R**

Upon the renewed application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the unredacted application, warrant, and sealing order in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

For the reasons set forth in the Court's order denying the original sealing application of the United States of America (*see In re Application by United States of America for Search Warrant*, No. 1:25-mc-00092-CDB), the redacted versions of the application, warrant, and sealing order shall remain UNSEALED.

Dated:  November 6, 2025

Hon. Christopher D. Baker
U.S. MAGISTRATE JUDGE